AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
FEB 2 8 2008
RHODE ISLAND

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

V.

RICHARD DeROBBIO

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ28A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD DeROBBIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, deposited or caused to be deposited any matter or thing to be sent or delivered by a private or commercial interstate carrier and took and received therefrom, (Count 1), and committed aggravated identity theft, (Count 2)

in violation of Title 18 United States Code, Section(s) § 1341 and 1028A

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

USMJ

February 28, 2008, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at San Gabriel, CA | | |
| DATE RECEIVED 02/28/2008 DATE OF ARREST 03/06/2008 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.