**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 11, 2008

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

Clerk of the United States District Court
208 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903-1737

Re: Transfer to U.S. Magistrate Judge

Case No. Our Case No. MJ 08-550 / Your Case No. 1:08MJ28A

Case Title: USA v Richard DeRobbio

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other NFPV (Not for Public View) document #9 - Financial Affidavit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By Janet Aghbolaghi
Deputy Clerk 213-894-8288

cc: *U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
____________________.

Clerk, U.S. District Court

By ____________________
Deputy Clerk

________________
Date

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:08-mj-00550-DUTY All Defendants

Case title: USA v. DeRobbio

Date Filed: 03/06/2008
Date Terminated: 03/07/2008

---

Assigned to: Duty Magistrate Judge

**Defendant**

**Richard DeRobbio** (1)
*TERMINATED: 03/07/2008*

represented by **Hilary L Potashner**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-2854
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA 1182

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 18:1341

**Disposition**

Defendant is ordered HELD to ANSWER to the USDC, District of Rhode Island at Providence.

---

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Richard DeRobbio, originating in the Rhode Island. Defendant charged in violation of: 18:1341. Signed by agent Anthony Galette, USPIS, USPIS. (ja) (Entered: 03/11/2008) |

| | | |
|---|---|---|
| 03/06/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Richard DeRobbio; defendant's Year of Birth: 1958; date of arrest: 3/6/2008 (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 3 | Defendant Richard DeRobbio arrested on warrant issued by the USDC District of Rhode Island at Providence. (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Stephen J. Hillman as to Defendant Richard DeRobbio Defendant arraigned and states true name is as charged. Attorney: Hilary L Potashner for Richard DeRobbio, DFPD, present. Court orders bail set as: Richard DeRobbio (1) $50,000 Unsecured Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Rhode Island @ Providence on or before 3/13/08 @ 3 PM before Mag Judge Almond. Warrant of Removal and final commitment to issue. Release Order No. 36684. Court Smart: CS 3/6/08. (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Richard DeRobbio (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 6 | WAIVER OF RIGHTS approved by Magistrate Judge Stephen J. Hillman as to Defendant Richard DeRobbio. (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 7 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Richard DeRobbio conditions of release: $50,000 - see attached bond for terms and conditions approved by Magistrate Judge Stephen J. Hillman. (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 8 | ORDER ALLOWING TRAVEL EXPENSES by Magistrate Judge Stephen J. Hillman as to Defendant Richard DeRobbio, to District of Rhode Island. (ja) (Entered: 03/11/2008) |
| 03/06/2008 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Richard DeRobbio. (ja) (Entered: 03/11/2008) |
| 03/07/2008 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Stephen J. Hillman that Defendant Richard DeRobbio be removed to the District of Rhode Island (Attachments: # 1 Letter Rule 5 (c)(3) - Transfer Out) (ja) (Entered: 03/11/2008) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2008 12:13:43 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-mj-00550-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

FILED

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

2008 MAR -6 AM 11:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S)<br>v.<br>RICHARD DEROBBIO<br>DEFENDANT(S). | CASE NUMBER<br>~~1:08MJ28AC~~<br>08 0550M<br>**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: CRIMINAL COMPLAINT
in the ______ District of RHODE ISLAND on 2/28/2008
at ______ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 9/6/05
in violation of Title 18 U.S.C., Section(s) 1341; 1028A
to wit: MAIL FRAUD; AGGRAVATED ID THEFT

A warrant for defendant's arrest was issued by: US MAG. LINCOLN D. ALMOND

Bond of $______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/6/08, by

[signature], Deputy Clerk.

[signature]
Signature of Agent

ANTHONY CALETTI
Print Name of Agent

US POSTAL INSPECTION SRV.
Agency

USPIS
Title

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

FILED

2008 MAR -6 AM 11:42

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Richard DeRobbio

DEFENDANT(S).

CASE NUMBER 08-0550M

~~1:08MJ28A~~

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 3/06/08 9:00 ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 1028A, 18 USC 1341
3. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
5. ~~Year of Birth:~~ 1958
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): 
8. Date detainer placed on defendant: 
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. )
10. Name of Pretrial Services Officer: DUTY
11. Remarks (if any): 

12. Date: 3/6/08

13. Signature: [signature]

14. Name: GARETTI

15. Title: USPIS

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

FILED
2008 MAR -6 AM 11:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RICHARD DeROBBIO

## WARRANT FOR ARREST

CASE NUMBER: ~~1:08M028A~~ 08-0550M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD DeROBBIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, deposited or caused to be deposited any matter or thing to be sent or delivered by a private or commercial interstate carrier and took and received therefrom, (Count 1), and committed aggravated identity theft, (Count 2)

in violation of Title 18 United States Code, Section(s) § 1341 and 1028A

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature] USMJ
Signature of Issuing Officer

February 28, 2008, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, vs. Richard DeRobbio Defendant.

Western Division

Case Number: 2:08-MJ-00550 Out of District Affidavit
Initial App. Date: 03/06/2008 Initial App. Time: 2:00 PM

Date Filed: 03/06/2008
Violation: 18:1341
CourtSmart: CS 3/6/2008

PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Stephen J. Hillman

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: Sandra Butler Celia Anglon-Reed, *Deputy Clerk*; Eric Vandevelde, *Assistant U.S. Attorney*; None, *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is ______

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.

☑ Attorney: Hillary Potashner, Appointed ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

☐ Special appearance by: ______

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☑ WITHDRAWN ☐ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☑ BAIL FIXED AT $ 50,000 Unsecured (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.

☐ Preliminary Hearing set for ______ at 4:30 PM

☐ PIA set for: ______ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☐ Process received.

☑ Court ORDERS defendant Held to Answer to ______ District of Rhode Island @ Providence

☑ Bond to transfer, if bail is posted. Defendant to report on or before 3/13/08 @ 3pm before Mag. Judge Almond.

☑ Warrant of removal and final commitment to issue.

☐ Warrant of removal and final commitment are ordered stayed until ______

☐ Case continued to (Date) ______ (Time) ______ AM / PM
Type of Hearing: ______ Before Judge ______ /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ______ ☐ Judge's Courtroom ______

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☑ RELEASE ORDER NO: 36684

☐ Other: ______

☑ PSA ☑ FINANCIAL ☑ READY

Deputy Clerk Initials CA
: 05

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

[redacted]

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICHARD DeROBBIO Defendant/Material Witness. | CASE NUMBER: 08-550M | |
| | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 : 1341 | SECTION: |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☑ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 50,000
☐ APPEARANCE BOND IN THE AMOUNT OF $ 50,000
☐ WITH CASH DEPOSIT (AMOUNT OR %) ______
☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ ______
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ ______
☐ ADDITIONAL REQUIREMENTS: ______
☑ BAIL FIXED BY COURT ______ *Deputy Clerk*

RELEASE No. 36683
☐ RELEASE TO PRETRIAL ONLY
☑ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: ______ *Date*

☑ ALL REQUIREMENTS HAVE BEEN MET: ______ *Deputy Clerk*

## PRE-CONDITIONS TO RELEASE

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☑ Defendant shall submit to: [✓] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☑ Surrender all passports to the Clerk of Court, or sign a declaration no later than, ______ and not apply for the issuance of a passport during the pendency of this case.
☑ Travel is restricted to: CD/CA + Rhode Island for court
☑ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☑ Reside as approved by PSA and do not relocate without prior permission from PSA. ______
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ______
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☑ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

X **Defendant Initials** ______ X **Date** 3/6/06

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**

[redacted]

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEROBERTO<br>Defendant/Material Witness. | CASE NUMBER:<br>08-550M |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

~~[ ] **Curfew**. You are restricted to your residence every day: [ ] from _________ to __________. [ ] as directed by PSA.~~

[ ] **Release to PSA only.**

[ ] **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only**.

[ ] **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☑ Other conditions: Clear outstanding traffic warrants w/in 30 days. Appear in court on 3-13-08 at 3:00pm.

X 3/6/08 — *Date*

X [signature] — *Defendant/Material Witness' Signature*

X 818-455-7800 — *Telephone Number*

X San Gabriel CA 91776 — *City, State And Zip Code*

☐ **Check if interpreter is used**: I have interpreted into the ____________________ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

____________________ *Interpreter's signature* __________ *Date*

Approved: [signature] *United States District Judge / Magistrate Judge* 3/6/08 *Date*

If Cash Deposited: Receipt # ____________________ For $______________

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY PINK- PRETRIAL SERVICES WHITE - DEFENDANT COPY



GPO U.S.GOVERNMENT PRINTING OFFICE: 2005-785-040

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ERIC D. VANDEVELDE (Cal. Bar No. 240699)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2576
Facsimile: (213) 894-0141
E-mail: eric.vandevelde@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICHARD DEROBBIO, Defendant. | No. CR 08-550M<br>**GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION** |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

____ 1. Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

b. defendant is an alien not lawfully admitted for permanent residence; and

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1182

____ c. defendant may flee; or

____ d. pose a danger to another or the community.

_X_ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

_X_ a. the appearance of the defendant as required;

_X_ b. safety of any other person and the community.

____ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

____ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

____ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

____ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

____ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

____ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

__X__ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

____ b. an offense for which maximum sentence is life imprisonment or death;

____ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

____ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

__X__ f. serious risk defendant will flee;

____ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

______________________________________________

______________________________________________

______________________________________________

____ 7. Good cause for continuance in excess of three days exists in that:

______________________________________

______________________________________

______________________________________

DATED: March 6, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ERIC D. VANDEVELDE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK
1182

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Richard DeRobbio

DEFENDANT.

CASE NUMBER: 08-055DM

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the – District of Rhode Island alleging violation of 1341, 1028(A) (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

***-Check one only-***

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☑ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☑ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Defendant

Defense Counsel

Date: 3/6/08

United States Magistrate Judge

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,
v.
RICHARD DeROBBIO
Defendant/Material Witness.

CASE NUMBER: 08-550M

COMPLAINT:

INDICTMENT / INFORMATION:

VIOLATION OF TITLE: 18:1341

SECTION:

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☑ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 50,000
☐ APPEARANCE BOND IN THE AMOUNT OF $ 50,000
☐ WITH CASH DEPOSIT (AMOUNT OR %) ____
☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ ____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ ____
☐ ADDITIONAL REQUIREMENTS:
☑ BAIL FIXED BY COURT ____ *Deputy Clerk*

RELEASE No. 36683

☐ RELEASE TO PRETRIAL ONLY
☑ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: ____ *Date*

☑ ALL REQUIREMENTS HAVE BEEN MET: ____ *Deputy Clerk*

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK
1182

## PRE-CONDITIONS TO RELEASE

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☑ Defendant shall submit to: [✓] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☑ Surrender all passports to the Clerk of Court, or sign a declaration no later than, ____ and not apply for the issuance of a passport during the pendency of this case.
☑ Travel is restricted to: CD/CA + Rhode Island for court
☑ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☑ Reside as approved by PSA and do not relocate without prior permission from PSA, ____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☑ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

**Defendant Initials** ____ **Date** 3/6/08

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD DEROBBIO<br>Defendant/Material Witness. | CASE NUMBER:<br>08-550M |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew.** You are restricted to your residence every day: [ ] from __________ to __________. [ ] as directed by PSA.
[ ] **Release to PSA only.**

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☑ Other conditions: Clear outstanding traffic warrants w/in 30 days. Appear in court on 3-13-08 at 3:00pm.

x 3/6/08 — Date
x [signature] — *Defendant/Material Witness' Signature*
x 818-455-7800 — *Telephone Number*

x San Gabriel CA 91776
*City, State And Zip Code*

☐ **Check if interpreter is used**: I have interpreted into the ______________________ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

______________________ *Interpreter's signature* ______________ *Date*

Approved: [signature] *United States District Judge / Magistrate Judge* 3/6/08 *Date*

If Cash Deposited: Receipt # ______________________ For $ ______________

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**



GPO U.S. GOVERNMENT PRINTING OFFICE: 2005-785-040

3/11/08



Name, Address and Telephone Number of Attorney(s)

I hereby attest and certify on 3/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

Bar No.:

1182

FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. Richard DeRobbio DEFENDANT. | CASE NUMBER 08-550M |
| | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285 |

The Court having held defendant Richard Thomas De Robbio to answer to the United States District Court for the ______________ District of Rhode Island at ______________, and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above Court,

IT IS ORDERED that the defendant appear before the above-named Court on March 13, 2008 or no later than ______________.

IT IS FURTHER ORDERED that the United States Marshal shall:

- ☐ Arrange for non-custodial transportation to appear before the required Court.
- ☒ Furnish to the defendant the one-way fare for transportation to appear before the above Court.
- ☒ Furnish to the defendant an adequate amount of money for subsistence expense to his/her destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

DATED: 3/6/08

Stephen J. Hillman
UNITED STATES MAGISTRATE JUDGE

Distribution: Original to case file; 2 copies to U.S. Marshal 1 copy to Defendant's attorney

3/11/08

...ument is a full, true
...of the original on file in
...and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET ACHBOLAGHI
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

1182

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>RICHARD DEROBBIO<br>DEFENDANT(S). | CASE NUMBER<br>08-550M<br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br>District of RHODE ISLAND<br>At PROVIDENCE<br>*(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☒ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about July 19, 1999, in the District of Origin, the defendant did: having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, deposited or caused to be deposited any matter or thing to be sent or delivered by a private or commercial interstate carrier and took and received therefrom (Count 1), and committed aggravated theft (Count II).

The defendant has now:

☒ duly waived identity hearing before me on March 6, 2008.
☐ duly waived preliminary examination before me on ______.
☐ had a hearing before me on ______, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on ______, and it appears that the defendant is the person named as charged, and:
  ☒ Bail has been set at $ 50,000.00 but has not been posted.
  ☐ No bail has been set.
  ☐ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

March 7, 2008
Date

[signature]
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on ______, and on ______, committed him to ______ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date ______ Deputy ______