AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Richard DeRobbio

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ28A

I, Richard DeRobbio, charged in a (complaint) (petition) pending in this District with Fraud + Aggravated Theft in violation of Title 18, U.S.C., 1341 + 1028A,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
*Defendant*

3/21/08
*Date*

[signature] # 4258 RI Bar ID
*Counsel for Defendant*