# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RICHARD DEROBBIO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:08MJ28

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MARCH 20, 2008 AT 4:00 PM |

To answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1341 AND 1028A

Brief description of offense:

AGGRAVATED IDENTITY THEFT

[signature]

Signature of Issuing Officer

March 12, 2008

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Thur Date 3-20-08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC Prov RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3-20-08
Date

USM Smallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
2008 MAR 25 A 11:29
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND